# EXHIBIT A

LOVESHACKFANCY

Cart > **Information** > Shipping > Payment

Express checkout

shop | PayPal | G Pay | venmo

OR

## Contact

Sign in

Email
test@test.com

- [x] Email me with news and offers

## Shipping address

Country/Region
United States

First name
First

Last name
Lase

Company (optional)

Address
1234 test address

Apartment, suite, etc. (optional)

City
New York

State
New York

ZIP code
10003

Phone

- [ ] Text me to get on the VIP list

< Return to cart

Continue to shipping

Refund policy Shipping Privacy policy Terms of service Contact

| | |
|---|---|
| Luddington Crystal Barrette BLACK / O/S | $65.00 |
| 1 Shipping Protection by Route $0.98 | $0.98 |

Discount code or gift card | Apply

| | |
|---|---|
| Subtotal • 2 items | $65.98 |
| Shipping | $10.00 |
| Estimated taxes | $5.24 |
| **Total** | USD $81.22 |

- [x] Shipping Protection Route $0.98

LOVESHACKFANCY

Cart > Information > **Shipping** > Payment

| | | |
|---|---|---|
| Contact | test@test.com | Change |
| Ship to | 1234 test address, New York NY 10003, United States | Change |

## Shipping method

| | |
|---|---|
| Ground<br>3-4 days | FREE |
| 2nd Day<br>2-3 days | $35.00 |
| FedEx Priority Overnight | $45.00 |

< Return to cart

**Continue to shipping**

Refund policy Shipping Privacy policy Terms of service Contact

| | |
|---|---|
| Luddington Crystal Barrette<br>BLACK / O/S | $65.00 |
| Shipping Protection by Route<br>$0.98 | $0.98 |

Discount code or gift card — Apply

| | |
|---|---|
| Subtotal • 2 items | $65.98 |
| Shipping | $10.00 |
| Estimated taxes | $5.24 |
| **Total** | USD $81.22 |

Shipping Protection **Route** $0.98

Cart > Information > Shipping > **Payment**

| | | |
|---|---|---|
| Contact | test@test.com | Change |
| Ship to | 1234 test address, New York NY 10003, United States | Change |
| Shipping method | Ground · **FREE** | Change |

## Payment

All transactions are secure and encrypted.

- Credit card — VISA, Mastercard, AMEX, +5
  - Card number
  - Expiration date (MM / YY)
  - Security code
  - Name on card: First Lase
- PayPal — PayPal
- Shop Pay • Pay in full or in installments — shop
- Afterpay

### Billing address

Select the address that matches your card or payment method.

- Same as shipping address
- Use a different billing address

< Return to shipping

**Pay now**



| | |
|---|---|
| Luddington Crystal Barrette<br>BLACK / O/S | $65.00 |
| Shipping Protection by Route<br>$0.98 | $0.98 |

Discount code or gift card — Apply

| | |
|---|---|
| Subtotal • 2 items | $65.98 |
| Shipping | $10.00 |
| Estimated taxes | $5.24 |
| **Total** | USD **$81.22** |
| Shipping Protection **Route** | $0.98 |

Refund policy | Shipping | Privacy policy | Terms of service | Contact