SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Sylvia Waghorne
212.653.8183 direct
swaghorne@sheppardmullin.com

November 7, 2025

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Chanel Harris v. LoveShackFancy, LLC*
Case No. 1:25-cv-05828-KPF

Dear Judge Failla:

Our firm represents Defendant LoveShackFancy, LLC in the above-referenced action. Pursuant to Your Honor's Minute Order, entered on October 23, 2025, a true and correct copy of exemplar screenshots of what the www.loveshackfancy.com website would have looked like on the date of Plaintiff Chanel Harris's ("**Plaintiff**") purchase are attached hereto as **Exhibit A.**[1]

Page one is the "Information" page of LoveShackFancy's checkout flow, which prompts a customer to input their contact information and shipping address. The right side of the page has the customer's cart, which includes the item(s) for purchase with their prices and the "Shipping Protection by Route," with a price for that Shipping Protection. Beneath the order total is a line that includes a checkbox, the phrase "Shipping Protection Route ⓘ," and the price for the Shipping Protection—which is the same as it appears in the cart. If a user unchecked the box in that line, the Shipping Protection by Route would be removed from the cart. The information symbol ("ⓘ"), if clicked, would have displayed an explanation of the shipping protection.

Page two is the "Shipping" page of LoveShackFancy's checkout flow, which prompts a customer to select a shipping method. And Page three is the "Payment" page of LoveShackFancy's checkout flow, which prompts a customer to select a payment method. On each of these pages, the same box appears at the right. At any time, the customer could have removed the Shipping Protection from the cart.

[1] These screenshots appear blurrier than they would have appeared to Plaintiff because of how the screenshots were printed. On the day that Plaintiff visited the website, the pages would have been just as clear and crisp as they are if you visit the website today.

SheppardMullin



Sincerely,

*/s/ Sylvia Waghorne*

Sylvia Waghorne
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4912-1046-9237.3
cc: All Counsel of Record via ECF

The Court is in receipt of Defendant's above letter and attachment (*see* Dkt. #23), submitted in compliance with the Court's oral order during the October 23, 2025 pre-motion conference (*see* 10/23/2025 Minute Entry).

Dated: November 13, 2025
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE